RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 12/3/10
BY_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| CHARLES THOMAS | CIVIL ACTION NO. 10-1269 |
| VERSUS | JUDGE ROBERT G. JAMES |
| UNITED STATES OF AMERICA, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 7], no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that the Motion to Dismiss [Doc. No. 4] is GRANTED, and Plaintiff Charles Thomas' claims are DISMISSED WITHOUT PREJUDICE.

MONROE, LOUISIANA, this 3 day of December, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT COURT